```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/28/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

JOSE MANUEL PEREZ AND SANDRA VALDEZ BAUTISTA,

                Defendants.

**23 Cr. 0154 (VM)**

<u>**ORDER**</u>

**VICTOR MARRERO, United States District Judge.**

The Court hereby schedules an initial conference in this matter for Friday, March 31, 2023 at 1:00 PM.

**SO ORDERED.**

Dated:    28 March 2023
            New York, New York

                                        Victor Marrero
                            United States District Judge