USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

        - against -

JOSE MANUEL PEREZ, AND SANDRA VALDEZ BAUTISTA,

        Defendants.

**23 CR 0154 (VM)**

<u>**ORDER**</u>

**VICTOR MARRERO, United States District Judge.**

    The Court hereby schedules a status conference in this matter for Friday, May 12, 2023, at 9:30 AM.

**SO ORDERED.**

Dated:    31 March 2023
            New York, New York

_____
Victor Marrero
U.S.D.J.