USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

            - against -

JOSE MANUEL PEREZ AND SANDRA VALDEZ BAUTISTA,

                         Defendants.

23 Cr. 154 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

     The Court hereby schedules a hearing in this matter for April 28, 2023 at 10:00 a.m. pursuant to <u>United States v. Curcio</u>, 680 F.2d 881 (2d Cir. 1982), to address any actual or potential conflicts of interest concerning Attorney Telesforo Del Valle, Jr.'s representation of defendant Jose Manuel Perez in the above-captioned matter.

**SO ORDERED.**

Dated:     5 April 2023
              New York, New York

                                         _____
                                            Victor Marrero
                                               U.S.D.J.