USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

           - against -

JOSE MANUEL PEREZ AND SANDRA VALDEZ BAUTISTA,

                    Defendants.

23 Cr. 154 (VM)

ORDER

**VICTOR MARRERO**, United States District Judge.

    It is hereby ordered that C.J.A. attorney Donna R. Newman be assigned to defendant Jose Manuel Perez ("Perez") in the above-captioned matter for the limited purpose of assisting Perez to determine whether or not he wishes to waive any conflict of interest that may result from his representation by Telesforo Del Valle, Jr., who is presently retained as his attorney in this matter. See United States v. Curcio, 680 F.2d 881 (2d Cir. 1982).

**SO ORDERED.**

Dated:    7 April 2023
             New York, New York

                                          _____
                                          Victor Marrero
                                          U.S.D.J.