USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

           - against -

JOSE MANUEL PEREZ,

                     Defendant.

23 Cr. 154 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Upon request of the parties, the Court hereby refers the <u>Curcio</u> hearing scheduled in this matter to the Magistrate Court. The Court respectfully directs the Clerk of Court to remove the <u>Curcio</u> hearing, currently scheduled for April 28, 2023, from the Court's calendar.

**SO ORDERED.**

Dated:    20 April 2023
             New York, New York

_____
Victor Marrero
U.S.D.J.