**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/8/2023
```

UNITED STATES OF AMERICA,

- against -

JOSE MANUEL PEREZ AND SANDRA VALDEZ
BAUTISTA,

                    Defendants.

**23 CR 154 (VM)**

<u>**ORDER**</u>

**VICTOR MARRERO, United States District Judge.**

The status conference scheduled for May 12, 2023 is hereby adjourned until July 14, 2023 at 1:00 p.m. All parties to this action consent to an exclusion of time from the Speedy Trial Act until July 14, 2023.

It is hereby ordered that time until July 14, 2023 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:    8 May 2023
          New York, New York

                                    _____
                                    Victor Marrero
                                    U.S.D.J.