**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/14/2024

UNITED STATES OF AMERICA,

- against -

JOSE MANUEL PEREZ,

                    Defendant.

**23 CR 154 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The status conference scheduled currently scheduled for May 24, 2024, is hereby adjourned to June 14, 2024, at 4:00 p.m. All parties to this action consent to an exclusion of time from the Speedy Trial Act until June 14, 2024.

It is hereby ordered that time until June 14, 2024, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:    14 May 2024
          New York, New York

Victor Marrero
U.S.D.J.