USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

           - against -

JOSE MANUEL PEREZ,

                    Defendant.

---

**23 Cr. 154 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

With the parties' consent, defendant Jose Perez's sentencing currently scheduled for September 20, 2024, is hereby adjourned until October 4, 2024, at 11:00 a.m.

**SO ORDERED.**

Dated:    10 September 2024
            New York, New York

                                                _____
                                                Victor Marrero
                                                U.S.D.J.